IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARIS RAMIREZ-ALVAREZ** | : | CIVIL ACTION NO. 1:CV-12-cv-2126 |
| | : | |
| **Petitioner** | : | **(JUDGE KANE)** |
| | : | **(Magistrate Judge Carlson)** |
| v. | : | |
| | : | |
| **THOMAS DECKER, et al.** | : | |
| | : | |
| **Respondents** | : | |

# O R D E R

Before the Court in the captioned action is a January 13, 2014 Report and Recommendation of the Magistrate Judge.  No timely objections have been filed.

Accordingly, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1)  The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2)   With consideration of the Notice of Mootness filed by the Government, the Petition for Writ of Habeas Corpus, (Doc. No. 1) is **DISMISSED as moot.**

3)   The Clerk of Court is directed to close the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania

Dated: February 27, 2014